UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

MAR 16 2016

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JESUS EDUARDO CORIA-VARGAS, ) <br>   AKA "VIEJON", ) <br> VICTOR ALEJANDRO VALERA-LOREDO , ) <br>   AKA "KANO", ) <br> FNU LNU, ) <br>   AKA "MUNECO", ) <br>   AKA "MUECO", ) <br> JOSE RAFAEL SALINAS, ) <br> RICARDO RIVERA, ) <br> JUAN SEBASTIAN GARDUNO-CARDENAS, ) <br> GEORGE MARIANO, ) <br>   AKA JORGE SALDANA-PEREZ, ) <br> EMILO MORAN-RODRIGUEZ, ) <br> RICARDO DELGADO, ) <br> ENRIQUE GUTIERREZ-BLANCO, ) <br> ODALYS FELIX-YANEZ, ) <br> JESUS GARCIA-LOPEZ, ) <br> ENRIQUE LUVIANO-ORTEGA, ) <br> EZEQUIEL DURAN-ESCUADRA, ) <br> ) <br> Defendants. ) | No. <br><br> **4:16CR00116 CEJ/PLC** <br><br> United States Courts <br> Southern District of Texas <br> FILED <br> *May 10, 2016* <br> David J. Bradley, Clerk of Court <br><br> **H 16-681M** |

## INDICTMENT

The Grand Jury charges that:

## COUNT I

Beginning at a time unknown to the Grand Jury, but including April 1, 2014 through the date of this indictment, with the exact dates unknown to this Grand Jury, in Dunklin County, St. Louis County, and St. Charles County, State of Missouri, and elsewhere within the Eastern District of Missouri, and elsewhere within the United States, the defendants,

JESUS EDUARDO CORIA-VARGAS, AKA "VIEJON",
VICTOR ALEJANDRO VALERA-LOREDO, AKA "KANO",
FNU LNU, AKA "MUNECO", AKA "MUECO",
JOSE RAFAEL SALINAS,
RICARDO RIVERA,
JUAN SEBASTIAN GARDUNO-CARDENAS,
GEORGE MARIANO, AKA JORGE SALDANA-PEREZ,
EMILO MORAN-RODRIGUEZ,
RICARDO DELGADO,
ENRIQUE GUTIERREZ-BLANCO,
ODALYS FELIX-YANEZ,
JESUS GARCIA-LOPEZ,
ENRIQUE LUVIANO-ORTEGA,
EZEQUIEL DURAN-ESCUADRA,

did knowingly and intentionally conspire, combine, confederate and agree with each other and other persons both known and unknown to this Grand Jury, to commit offenses against the United States, to wit: to knowingly and intentionally distribute a controlled substance, methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and the quantity of methamphetamine involved in the offense was 50 grams or more of actual methamphetamine punishable under Title 21, United States Code, Section 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846; and

Quantity of Methamphetamine Involved in the Conspiracy

1. With respect to **JESUS EDUARDO CORIA-VARGAS, AKA "VIEJON"**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is 50 grams or more, thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(A).

2. With respect, to **VICTOR ALEJANDRO VALERA-LOREDO, AKA "KANO"**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is 50 grams or

more, thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(A).

3. With respect to **FNU LNU, AKA "MUNECO", AKA "MUECO"**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is 50 grams or more, thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(A).

4. With respect to **JOSE RAFAEL SALINAS,** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is 50 grams or more, thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(A).

5. With respect to **RICARDO RIVERA,** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is 50 grams or more, thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(A).

6. With respect to **JUAN SEBASTIAN GARDUNO-CARDENAS,** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is 50 grams or more, thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(A).

7. With respect **GEORGE MARIANO, AKA JORGE SALDANA-PEREZ,** to the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is 50 grams or more, thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(A).

8. With respect to **EMILO MORAN-RODRIGUEZ,** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other

conspirators reasonably foreseeable to him is 50 grams or more, thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(A).

9. With respect to **RICARDO DELGADO,** the amount involved in the conspiracy attributable to his as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is 50 grams or more, thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(A).

10. With respect to **ENRIQUE GUTIERREZ-BLANCO,** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is 50 grams or more, thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(A).

11. With respect to **ODALYS FELIX-YANEZ,** the amount involved in the conspiracy attributable to her as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her is 50 grams or more, thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(A).

12. With respect to **JESUS GARCIA-LOPEZ,** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to her is 50 grams or more, thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(A).

13. With respect to **ENRIQUE LUVIANO-ORTEGA,** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is 50 grams or more, thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(A).

14. With respect to **EZEQUIEL DURAN-ESCUADRA,** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other

conspirators reasonably foreseeable to him is 50 grams or more, thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(A).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of Title 21, United States Code, Sections 841(a)(1) and 846 as set forth in Count I of this indictment, the defendants, **JESUS EDUARDO CORIA-VARGAS (AKA "VIEJON"), VICTOR ALEJANDRO VALERA-LOREDO (AKA "KANO"), FNU LNU (AKA "MUNECO", AKA "MUECO"), JOSE RAFAEL SALINAS, RICARDO RIVERA, JUAN SEBASTIAN GARDUNO-CARDENAS, GEORGE MARIANO (AKA JORGE SALDANA-PEREZ), EMILO MORAN-RODRIGUEZ, RICARDO DELGADO, ENRIQUE GUTIERREZ-BLANCO, ODALYS FELIX-YANEZ, JESUS GARCIA-LOPEZ, ENRIQUE LUVIANO-ORTEGA, EZEQUIEL DURAN-ESCUADRA,** shall forfeit to the United States of America any property, constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation/s and any property used, or intended to be used, in any manner or part to commit or to facilitate the commission of such violations.

2. Subject to forfeiture upon a conviction of Count I is a sum of money equal to the total property constituting, or derived from, any proceeds obtained directly or indirectly as a result of such violations.

3. The specific property subject to forfeiture includes, but is not limited to, the following:

   a. 1999 Freightliner Semi-trailer Truck, VIN: 1FUPCSZBXPA16002 that was seized

by law enforcement from **ENRIQUE LUVIANO-ORTEGA** on June 29, 2015.

b. 1995 Raven Flatbed Trailer that was seized by law enforcement from **ENRIQUE LUVIANO-ORTEGA** on June 29, 2015.

4. If any of the property described above, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

             A TRUE BILL.

             _____
             FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____
JOHN R. MANTOVANI #50867MO
Assistant United States Attorney

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

US MARSHALS SERVICE
E/MO ST. LOUIS
2016 MAR 17 AM 10 07

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| | ) | **4:16CR00116 CEJ/PLC** |
| ENRIQUE LUVIANO-ORTEGA | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **ENRIQUE LUVIANO-ORTEGA**,
who is accused of an offense or violation based on the following document filed with the court:

X Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

**Count I** - conspiracy to knowingly and intentionally possess with intent to distribute methamphetamine, a Schedule II controlled substance, in the amount of 50 grams or more, in violation of Title 21, United States Code, Section 841(a)(1) and 846, and punishable under Title 21, United States Code, Section 841(b)(1)(A).

Date: 3/17/16

*Issuing officer's signature*

City and state: St. Louis, Missouri

Gregory J. Linhares, Clerk of the Court
*Printed name and title*

---

Return

This warrant was received on *(date)* _____, and the person was arrest on *(date)* _____

at *(city and state)* _____.

Date: _____

*Issuing officer's signature*

AO 442 (Rev. 11/11) Arrest Warrant